```
UNITED STATES DISTRICT COURT          | USDC SDNY
SOUTHERN DISTRICT OF NEW YORK         | DOCUMENT
------------------------------------X | ELECTRONICALLY FILED
                                    : | DOC #:
JOSEPH GUGLIELMO,                   : | DATE FILED: 02/21/2020
                    Plaintiff,      :
                                    :   20 Civ. 0026 (LGS)
      -against-                     :
                                    :   ORDER
BLAIN SUPPLY, INC.,                 :
                    Defendant.      :
------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 10, 2020 (Dkt. No. 5), required the parties to file a proposed case management plan and joint letter by February 20, 2020;

WHEREAS, the parties failed to timely submit the joint letter or proposed case management plan. It is hereby

**ORDERED** that the parties shall file the joint status letter and proposed case management plan as soon as possible and no later than **February 24, 2020**, at **noon**.

Dated: February 21, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**