UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                :
JOSEPH GUGLIELMO,                         :
                         Plaintiff,    :
                                                :         20 Civ. 0026 (LGS)
               -against-                :
                                                :         <u>ORDER</u>
BLAIN SUPPLY, INC.,                        :
                         Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to this Court's Order on February 24, 2020, the parties were directed to file a joint status letter by May 20, 2020 (Dkt. No. 15);

WHERAS, no such status letter was filed.  It is hereby

ORDERED that the parties shall file the joint status letter by **May 26, 2020**.

Dated: May 22, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**