

A telephonic status conference will be held on **July 16, 2020, at 10:40 a.m.**  The time of the conference is approximate, but the parties shall be ready to proceed by that time.  The parties shall be prepared to discuss the status of discovery, the ongoing settlement discussions, and the repeated failures to comply with this Court's orders.

By **July 9, 2020**, the parties shall file a joint letter, providing the court with one telephone call-in number for a conference call, and if necessary a passcode.  The parties shall ensure they are dialed into the conference call by the appointed conference time.  If the parties are not able to arrange a conference call, they shall contact the Courtroom Deputy, Mr. James Street, at 212-805-4553, as soon as possible and no later than July 9, 2020, at noon, to make other arrangements.

Dated:  July 7, 2020
        New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

New York, New York 10007

Re:   Joseph Guglielmo v. Blain Supply, Inc.
      Case No. 20 Civ. 0026 (LGS)

Dear Judge Schofield:

Pursuant to paragraph 4(c) of the Court's case management plan, this letter serves as Defendant's status letter. We apologize that this letter is not being submitted jointly as directed by the Court; however, we have not been able to reach Plaintiff's counsel.

Last week, on July 1, when I spoke with Plaintiff's counsel on the phone, I reminded him of the Court's deadline to submit a Joint Status Letter by July 6.  Plaintiff's counsel indicated that he would provide a draft letter, but to remind him of the deadline in case we did not hear back from him.  We did not hear back.  Earlier today, I reached out to Plaintiff's counsel to again inquire whether he would be preparing the draft letter. I also provided a draft joint status letter and offered to file it jointly, if approved by Plaintiff. As of the time of submission of this letter, we have not received any response. Hence, Defendant is apprising the Court of its status in an attempt to comply with the Court's order. Again, we apologize that this letter is not being submitted jointly.

Pursuant to paragraph 4(c) of the Court's case management plan, please be advised that the parties are presently engaged in settlement discussions.  In the event those are successful, counsel shall advise the court immediately. If not, Defendant believes that a settlement conference with a magistrate judge would be helpful to potentially resolve the case.

Respectfully submitted,

**MICHAEL BEST & FRIEDRICH LLP**

/s/Amy O. Bruchs

Amy O. Bruchs

cc:   Attorneys David Force and Yaakov Saks
      Attorney Nancy Mertzel